

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 15 2012

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 12-051 |
| v. | * | SECTION: "K" |
| | * | |
| RYAN CARROLL | | |
| aka "Ronnie Boo" | * | |

\* \* \*

# FACTUAL BASIS

Should this matter proceed to trial, the United States will prove beyond a reasonable doubt, through credible testimony and the production of reliable evidence, the following facts:

In late 2010, federal agents with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (A.T.F.) started investigating several acts of violence that had taken place in the Carrollton Area of the City of New Orleans. During the course of this investigation the agents reviewed numerous police reports, 911 calls, recorded telephone calls, and have spoken to several cooperating witnesses. Based on this investigation agents have determined that **TYRONNE STEVENSON**, aka "Duke", **CAREY JONES**, aka "Bean", **THERON GOLSTON**, aka "Thema", **RYAN CARROLL**, aka "Ronnie Boo", **BERNELL WILLIAMS** aka "Bussy", **WALTER CONLEY**, aka "Ike Neezy", and **CHINA STEWART**, aka "Ms. China", aka "Mom",

and other known individuals were members and associates of an organization engaged in, among other things, conspiracy to distribute controlled substances, the distribution of controlled substances, murder, conspiracy to commit murder, attempted murder, robbery, and obstruction of justice in the Hollygrove area of the City of New Orleans from 2006 to the present. This organization, including its leadership, membership, and associates, constituted an "enterprise", as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. The enterprise engaged in, and its activities affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. As such, the members of this enterprise possessed, used, carried, and discharged numerous firearms in furtherance of their drug trafficking activities in an effort to protect their drug turf and to retaliate against other rival neighborhood drug groups, such as "Hell City", whose members also sold illegal drugs in the Carrollton Area of the City.

Agents have identified some of the members of "Hell City" as B.C, J.G., C.M., G.B., L.W., J.S., D.H. G.S., and G.S. During the last several years, numerous shooting have taken place between these two rival groups.

In August 2007, **Ryan Carroll**, a member of the Hollygrove group, broke into a house belonging to B. C., who was a drug dealer and an associate of the "Hell City" group. While in B.C.'s house **Ryan Carroll** stole drug money (approximately $7,000.00) and other items from B.C. Shortly thereafter, **Ryan Carroll** was arrested by law enforcement authorities for this crime but was released from jail on a bond. In an effort to get B.C. to drop the charges, **Ryan Carroll** had his uncle, who was also a known drug dealer, speak to B.C. on his behalf.

On December 24, 2007, **Ryan Carroll**, at the direction of his uncle, went to the "Hell City" neighborhood in order to speak with B.C. concerning the burglary from August 2007. Tyronne Stevenson, Walter Conley, N.R., Carey Jones, and Theron Golston dropped Ryan Carroll off in the neighborhood so that he could speak to B.C. While in the area, Tyronne Stevenson, Walter Conley, N.R., Carey Jones, and Theron Golston decided to rob several members of the "Hell City" group that were participating in a dice game in the 1700 block of Cambronne Street of their drugs and money.

During this confrontation, L.W., who was associated with the members of "Hell City" was shot by Carey Jones while running from the scene. Members of "Hell City" also returned fire and N.R, who is an unindicted co-conspirator and member of the Hollygrove group, was struck in the leg. When he was shot, N.R. dropped the gun that he had and it was recovered by members of "Hell City". NOPD responded to the scene and located thirteen (13) 7.62 caliber casings which were fired from an assault weapon.

Immediately following the incident, Tyronne Stevenson, Walter Conley, N.R., and Carey Jones, went back to the Hollygrove area. A cooperating witness ("CW") saw Stevenson, Conley, N.R., and Jones at this location with guns. Since N.R. was shot, it was decided that he needed medical attention and he was brought to the hospital by Theron Golston and Walter Conley. NOPD interviewed N.R. at Ochsner Hospital. N.R. lied and told the police that he was shot at General Ogden and Olive Streets. He also told police that he had been brought to the hospital by Theron Golston and Walter Conley. Conley was also interviewed by the police at the hospital, but denied any knowledge of the shooting. Golston left the hospital before he could be interviewed. NOPD went to General Ogden and Olive Streets and found no evidence of a shooting.

Two days later, on December 26, 2007, NOPD officers responded to a 911 call of a shooting that took place in the 8800 block of Olive Street.  When officers arrived on the scene they found Walter Conley, aka "Ike Neezy", suffering from a gunshot wound to the head.  Conely was alert and told the police he was riding bikes with a friend and was shot in a "drive by" by an unknown person in a white SUV.  It should be noted that at the time of the shooting, Walter Conley was wearing a shirt that belonged to Tyronne Stevenson.

Based on a follow-up investigation, it was determined that this was a retaliatory shooting by member of "Hell City" for the shooting two days earlier at the dice game.  Additionally, on March 28, 2009, Walter Conley made a telephone call from the Orleans Parish Prison and spoke with Jamal Garner, a member of "Hell City".  During this call, Conley indicated that he knew that it was Jamal Garner who had shot him in the head back in December 2007 and that he was going to retaliate further.

On **July 9, 2008**, several of the defendants and their un-indicted co-conspirators, including Tyrone Stevenson, aka "Duke", **Ryan Carroll**, aka "Ronnie Boo", L.S., B.T., Walter Conley, aka "Ike Neezy", N.R., and Bernell Williams, aka "Bussey" and others, got into a stolen white van with numerous firearms and drove through the area controlled by "Hell City" looking to retaliate against the members of "Hell City".  Ryan Carroll was armed with a handgun, Tyronne Stevenson had an assault weapon and other individuals inside the van had several other firearms. As the van approached 1726 Monroe Street, it slowed down and several individuals in the van produced firearms and attempted to shoot and kill C.M, who was a known member of "Hell City". At least 25 shots were fired from the van from five different firearms that were used in this drive by shooting, including but not limited to an AK-47 assault rifle, a 9mm semi-automatic handgun, a .45

caliber handgun, a .40 caliber handgun, and a .223 assault rifle.  C.M. had just exited his car and was walking to his friend's house at 1726 Monroe Street, when the shots were fired.  C.M. fled into the alley next to the house and discovered that he had been shot in the leg. Several cars that were parked on the street and other residences were also hit by the gunfire.

As the van fled down the street, an NOPD officer happened to be driving by and witnessed the shooting.  This officer turned and chased the white van as it fled towards the river.  The van came to a stop at the intersection of Joliet and Leake streets, where all occupants fled on foot into the neighborhood.  The NOPD Officer approached the van and observed several guns and shell casings inside the van.  A perimeter was set up around the neighborhood and a search was conducted.  Tyrone Stevenson, aka "Duke", **Ryan Carroll**, aka "Ronnie Boo", L.S., B.T., and Bernell Williams, aka "Bussy" were eventually apprehended hiding under different houses in the area.  The other individuals in the van at the time of the shooting eluded police.

During the apprehension of these subjects, C.M. was transported to the hospital so that he could be treated for his injuries. However, he would not identify his assailants and was uncooperative with the police investigation.

During a follow-up investigation into this matter, federal ATF agents obtained recorded telephone conversations from the subjects while they were in jail.  Based on these phone calls, agents were able to determine that N.R. and Walter Conley, aka "Ike Neezy" were also in the van that day during the shooting.  Since neither N.R. nor Conley were arrested by the police that day, the other suspects called them from jail numerous times. During these calls, Stevenson admits that he was grazed in the back by someone shooting over his shoulder.  He also speaks to his mother (defendant China Stewart) and asks for her help to come up with an alibi so that he will have a

defense in court.   Stevenson also calls his girlfriend and warns her and his mother (China Stewart) to watch out for "the pretty bitches", which is the code that he uses when he refers to the members of "Hell City".  He goes so far as to describe the cars that the members of "Hell City" drive.   He also speaks to Conley ("Ike") and N.R. and they tell Stevenson that they are going to get their "issue" (firearms) from "Bean" (Carey Jones) and "Block" (another known co-conspirator).   On several occasions during the calls, China Stewart tells Stevenson that he should not be talking like that on these phones because the police know all the coded words used by Stevenson and his associates when speaking about their criminal activities.

   **Bernell Williams** aka "Bussy" also called N.R. and Walter Conley, aka "Ike" on several occasions.   During these calls they talk about the specifics of the incident and how Williams was hiding under the house and trying to escape from the police perimeter.   Conley and N.R. talk about how they were also hiding under a house and stayed there all night until the police left the area.   They also tell Williams that they are going back to take care of business (retaliate against "Hell City"), that they now have additional guns, and how they all need to work together to get the members of "Hell City" when everyone gets out of jail.

   **Ryan Carroll**, aka "Ronnie Boo" also called N.R. and Walter Conley aka "Ike" on several occasions.  **Ryan Carroll** also spoke to other individuals and admitted that he had a gun in the van and that his prints might be found on the gun but that he did not fire the weapon at the time of the shooting.   In another call, N.R. tries to see if **Ryan Carroll** used his (N.R.'s) firearm during the shooting.   They refer to the guns as "Hoes".  **Ryan Carroll** also talks to his friends about coming up with an alibi, such as going to see some girls who live nearby, so that they could have a legitimate reason why they were in the "Hell City" area.   Ryan Carroll also discusses how

Stevenson ("Duke") got grazed by one of them during the drive-by shooting as they were shooting over Stevenson's shoulder.

It should be noted that the victim, C.M., is a known drug dealer and member of "Hell City". He is currently in state custody serving a sentence on a drug charges.

On **August 26, 2008** at approximately 2:10 pm, an innocent victim (Lionesha Dorthey) was driving a 1998 black, Chevrolet Monte Carlo with tinted windows, near the corner of Palm and Hollygrove, when she heard a loud sound. She realized that she had been shot in her leg through the passenger side door. Bullet fragments were found in the trunk and inside the passenger door. She could not make any identification and never saw anyone shooting.

During this follow-up investigation by ATF, several recorded calls were found where the defendants speak about this incident. In call 1219-789-399, which took place on August 26, 2008, at 5:22 pm, **Ryan Carroll**, aka "Ronnie Boo", who was in jail for the shooting of C.M. called home and spoke to Carey Jones, ("Bean"). Jones says "they just had a boy pull around here" and "Theron (Theron Golston) had that bitch live" (shot at the car).

In call 1219-884-046, which was recorded on August 27, 2008 at 7:39pm, **Ryan Carroll**, aka "Ronnie Boo" called N.R., who tells him about the incident that took place the day before on Palm and Hollygrove (the location of the Lionesha Dorthey shooting).

A CW would testify that for a few days leading up to the day of the shooting, a black Monte Carlo had been seen in the area on multiple occasions. The members of "Hollygrove" believed that this vehicle belonged to the members of "Hell City", specifically G.S and G.S. Carey Jones and Theron Golston had discussed this vehicle and agreed that the next time they saw the car they

would open fire on it's occupants. The CW would testify that Theron Golston did in fact shoot at the vehicle the next time it drove past, using a .40 caliber hangun.

During the follow-up investigation federal agents also located several recorded telephone calls that took place between September 9, 2008 and September 14, 2008.  During call 1220-964-186, which was recorded on September 9, 2008 at 7:42pm, Stevenson ("Duke") calls N.R. and also talks to Jones ("Bean").  During the conversation they talk about guns and how "Black" (Arthur Harris, another unindicted co-conspirator ) was able to get guns for them.  In call 1221-095-422, which was recorded on September 10, 2008 at 8:09pm, Stevenson ("Duke") calls N.R. and talks about their group as a whole.  In call 1221-426-922, which was recorded on September 14, 2008 at 4:14pm, Stevenson ("Duke") calls China Stewart, who places a three way call to Jones ("Bean").  During the call Jones tells Stevenson that they are selling drugs all day. He says that Conley ("Ike") just made $200.00.  They also talk about a recent shooting that they were involved in on September 14, 2008 in Jefferson Parish.

In calls 1221-427-887, which was recorded on September 14, 2008 at 4:30pm, and call 1221-433-388, which was recorded on September 14, 2008 at 6:02pm, Stevenson ("Duke") calls his girlfriend.  She says that China Stewart is sending all of the members of the group out on the street to sell "ice cream" (crack cocaine) in an effort to raise money to bond him (Stevenson) out of jail.  She also says that China Stewart wanted to give her some "ice cream" to sell, but she said she did not want to because she did not know how to do it correctly (sell crack cocaine).

In call 1221-444-144, which was recorded on September 14, 2008 at 9:01pm, Williams ("Bussy") calls J.R.  She tells him that "all your partners are working off something" (selling

crack cocaine) in an effort to raise money for a bond.  She also tells them that N.R. "had a party" (participated in a shooting) in Jefferson Parish.

On **September 14, 2008**, NOPD officers responded to an aggravated battery by shooting of Paul May, who later died from his injuries.  While on the scene officers were approached by witnesses who told officers that the shooter fled to 3526 Hollygrove Street, which is the residence of Ryan Carroll and Carey Jones and is located within a half of block of the murder scene.  Officers went to that location and met with Hallet Ann Carroll (the mother of Ryan Carroll and Carey Jones) who signed a consent to search form for her residence.  Ann Carroll told officers that her son, Carey Jones, aka "Bean" and his friends had been in and out all night.  Other witnesses had told officers that many firearms were kept at or under this same residence.  While checking the room of Carey Jones, officers observed rounds of ammunition and drug paraphernalia (mirror with cocaine residue, a razor blade, baggies, boxes of baggies, and a scale, all of which are commonly used in the packaging of crack cocaine for retail sale).  In securing the rear yard of the house, officers met with Walter Conley, aka "Ike Neezy" who had a marijuana cigarette in his hand.  Officers also found a 9mm Tec-9 semi-automatic handgun on the ground near Conley.  As Conley was being escorted from the house, one of the witnesses told officers that Conley was the one who shot the victim (Paul May).  Officers looked under the house and saw a cache of firearms.  They obtained a search warrant and recovered the following: a Norinco, Sporter MAK-90, 7.63 Assault Rifle, SN 9342623; an Armalite, M16A2, .223 Assault Rifle, SN US112179; an Astra Model A-80, .45 caliber pistol, SN J3650; a Ruger, P95, 9mm pistol, SN 316-43940; an AR-15 magazine with 24 rounds of .223 MAK-90 magazine with 20 7.62 rounds; 14 9mm rounds of ammunition; an empty box of .45 caliber rounds; a MAK-90 magazine and two

7.62 rounds; 9 Remington rounds; a Handgun magazine; an Intratec, Tec 9, 9mm pistol, SN 26496; and one 30 round 9mm magazine with 24 rounds of ammunition.

Hallet Ann Carroll claimed ownership of the Ruger 9mm recovered from inside the house. Arthur Harris, aka "Black", aka "Raymine" was inside the residence with Carey Jones, aka "Bean" when the police arrived. Both were placed under arrest for illegal possession of firearms and drug paraphernalia.

A CW would testify that Conley, Harris and Jones were walking from a local bar in the Hollygrove area when they encountered the victim, Paul May. Conley asked the victim "How much you got?" The victim responded that he did not have anything, indicating that he did not want to buy any crack cocaine from Conley. Conley became angry and pulled out a weapon and pointed it at the victim. The victim began to run at which point Conley chased and shot Paul May several times resulting in his death.

During the follow-up investigation of this incident, ATF agents were able to locate numerous recorded telephone calls from the defendants. In call 1221-475-564, which was recorded on September 15, 2008 at 5:45am, Carey Jones ("Bean") calls N.R. Jones tells N.R. that "they are hit" meaning the police found all of their guns and ammunition. Jones and Conley also talk to Theron Golston ("Thema") and discuss a crackhead who may be "ratting" (speaking to the police) about the murder.

In call 1221-496-595, which was recorded on September 15, 2008 at 11:35am, Stevenson ("Duke") calls J.R. and talks to China Stewart about the murder. China Stewart tells him about everything that happened including what she saw and heard at the scene of the murder. She also

talks to him about losing money that "Bean" (Carey Jones) and "Ike" (Walter Conley) were supposed to be bringing her from selling drugs because now they are in jail.

In call 1221-497-521, which was recorded on September 15, 2008 at 11:51am, Stevenson ("Duke") calls J.R.  J.R. then calls N.R.'s number and Theron Golston answers.  Golston tries to tell Stevenson who the victim was and identifies Paul May as a crackhead that had owed Stevenson money for a prior drug deal.  Golston explains how he and Stevenson had gone to the victim's trailer on Hamilton where he lived to try and collect the drug debt. Golston also tells Stevenson that it's just him (Golston) and N.R. out on the street and that they are working on getting them out.

In call 1221-503-796, which was recorded on September 15, 2008 at 1:35pm, Bernell Williams ("Bussy") calls J.R. and she calls N.R. on a three-way.  During the call Williams also talks to Theron Golston.  During the call Golston tells him that they are getting bond money for Stevenson ("Duke") and Williams ("Bussy").  He says, "we makin' some cake for you and Duke", "Miss China got a cake bakery, ya heard me." In this call he refers to selling crack cocaine as "makin' cake" and indicates that Ms. China has a "cake bakery" which identifies that she is the one supplying/making the crack cocaine.

In call 1221-510-741, which was recorded on September 15, 2008 at 3:31pm, **Ryan Carroll,** aka "Ronnie Boo" called his mother, Ms. Hallet Ann Carroll.  She tells him that she saw Walter Conley ("Ike") shoot Paul May and describes the shooting in detail down to how Paul May screamed out after each shot.

In call 1221-512-485, which was recorded on September 15, 2008 at 4:00pm, **Ryan Carroll,** aka "Ronnie Boo" called his mother, Miss Hallet Ann Carroll.  During the call she tells Carroll to "read between the lines".  Then she tells him that in addition to what happened

11

yesterday (the murder of Paul May), they (Conley, N.R., Arthur Harris, Jones and Golston) had gotten involved in something (a shooting) the night before across the river (in Jefferson Parish) and that all of those charges could be put on Jones ("Bean") also. It is obvious that she is very upset and she says, "there is so much, I can't even talk about it!"  Note: the casings that were collected from the Jefferson Parish shooting under JPSO Item #I-19465-08, on September 13, 2008, were found to ballistically match one of the firearms recovered as a result of the Paul May homicide investigation.

In call 1221-584-270, which was recorded on September 16, 2008 at 11:56am, Stevenson ("Duke") calls his girlfriend J.R.  J.R. tells him that Golston is selling drugs for China Stewart. She says that China Stewart tried to give her drugs to sell but that she doesn't know how to sell drugs on the street.

In call 1221-587-161, which was recorded on September 16, 2008 at 12:44 pm, Arthur Harris called Ms. Hallet Ann Carroll.  Ms. Carroll talks about the murder with him and how stupid it was that Conley ("Ike") ran into her house and led the police to all the guns.  Ms. Carroll also talks about how China Stewart ("Miss China") was giving the members of "Hollygrove" drugs to sell to get bond money for Stevenson ("Duke").

In call 1221-587-855, which was recorded on September 16, 2008 at 12:56 pm, Stevenson ("Duke") calls J.R.  They talk about drugs and China Stewart ("Ms. China") asking J.R. if she wanted any crack cocaine.  Stevenson ("Duke") tells J.R. to take the drugs and hold onto them so he'll have something to sell when he "gets home" (gets out of jail).

In call 1221-674-185, which was recorded on September 17, 2008 at 12:55 pm **Ryan Carroll**, aka "Ronnie Boo" calls his mother, Ms. Hallet Ann Carroll.  She tells him that Conley

12

("Ike") killed Paul May because May didn't want to spend any more money buying drugs from Conley. Ms. Carroll says that because of what Jones ("Bean") kept in her house (guns, ammunition, and drug paraphernalia), she should have put him out of the house.

In call 1222-099-710, which was recorded on September 22, 2008 at 11:07am, Carey Jones ("Bean") calls his mother Ms. Hallet Ann Carroll. Ms. Carroll tells Jones that she found a piece of "candy" (crack cocaine) when she was cleaning his room. She asks him how much he thinks it's worth, specifically mentioning an amount of $35.00?

In call 1222-130-874, which was recorded on September 22, 2008 at 7:46pm, Walter Conley, aka "Ike" calls J.R. and she places a three way call to N.R. They talk about how many and what types of guns the police found inside Jones' house and who they belonged to.

In call 1222-192-323, which was recorded on September 23, 2008 at 12:51pm, Walter Conley ("Ike") calls J.R. and talks to Tyronne Stevenson ("Duke") who was just released from jail. Conley tells him that when they were first arrested and arrived at the jail, Jones was trying to get Conley to admit to the police that he had killed Paul May. However, Conley then identifies that Jones later told him not to admit to anything. Conley talks about what happened the night before the shooting. He also refers back to the van shooting where C.M was shot, identifying that incident and the arrest of Ryan Carroll as the reason why "Ms. Ann" doesn't like any of them.

In call 1222-194-592, which was recorded on September 23, 2008 at 1:28 pm, Carey Jones ("Bean") calls Stevenson's ("Duke") phone and talks to J.R., Stevenson "Duke", and Theron Golston. They talk about Conley ("Ike") and the events leading up to the shooting, including

13

selling crack cocaine to get Stevenson ("Duke") out of jail. They talk about how "Ike was trippin'", and how "Ellis dimed them out" (told the police).

Furthermore, witnesses would testify that **TYRONNE STEVENSON**, aka "Duke", **CAREY JONES**, aka "Bean", **THERON GOLSTON**, aka "Thema", **RYAN CARROLL,** aka "Ronnie Boo", **BERNELL WILLIAMS** aka "Bussy", and **WALTER CONLEY**, aka "Ike Neezy", were street level dealers of illegal narcotics and sold crack cocaine and marijuana (and on occasion heroin) on a daily basis while hanging out on the street corners in the Hollygrove neighborhood when they were not in jail. These witnesses would also testify that **CHINA STEWART**, aka "Ms. China", aka "Mom", supplied these individuals with crack cocaine so that they could sell these drugs on the street in an effort to make money.

The Government and the defendant **RYAN CARROLL** agree and stipulate that for sentencing purposes the government could prove that the amount of cocaine base ("'"crack") that was distributed and possessed with the intent to be distributed by members of this conspiracy during the course of this conspiracy was not less than 28 grams but not more than 196 grams of cocaine base ("crack"). The amount of marijuana and heroin that was involved in this conspiracy was negligible for sentencing purposes. The government has no evidence that **RYAN CARROLL** personally sold heroin.

## Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts known by **Ryan Carroll** and described by **Ryan Carroll** to the government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for **Ryan Carroll's** plea of guilty to the charged offenses in Counts 1 and 9 of the superseding indictment.

READ AND APPROVED:

_____        May 21, 2012
MAURICE LANDRIEU                              DATE
Assistant United States Attorney

_____ #249564A     May 21, 2012
KATE BARTHOLOMEW                              DATE
Counsel for Ryan Carroll

_____        May 21, 2012
RYAN CARROLL                                  DATE
Defendant